Exhibit A to the Complaint

**Location:** Glenside, PA  
**Total Works Infringed:** 29

**IP Address:** 72.94.179.160  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-21-2021 03:02:54 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 2 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05-20-2021 14:14:11 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 3 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 05-15-2021 12:46:33 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 4 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 05-15-2021 12:46:30 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 5 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 05-15-2021 12:46:29 | Blacked | 08-08-2019 | 09-17-2019 | PA0002216217 |
| 6 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 05-15-2021 12:37:50 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 7 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 05-11-2021 02:13:48 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 8 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 05-11-2021 02:13:13 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-16-2021 02:05:28 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 10 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-01-2021 16:26:15 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 11 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-17-2021 20:00:02 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 12 | Info Hash: E452D23913E053866E31D6D6F92DE54C310DA003<br>File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 03-13-2021 16:04:38 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 13 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 03-10-2021 21:54:37 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 14 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 03-10-2021 21:47:46 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 15 | Info Hash: C57A12522E397BD759570CF121BA12331C01D6AF<br>File Hash: DABBD34ECFDE30CCF6F078604656599120FE37F7421166A4E267C0EA1DE146AC | 03-10-2021 17:49:15 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 16 | Info Hash: 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9<br>File Hash: 0AABDE31D9B400BB1140583BAA96B69BD8A4BDCB7546497ADBD1DD464CCADC52 | 03-10-2021 17:43:07 | Blacked | 04-15-2017 | 06-15-2017 | PA0002037563 |
| 17 | Info Hash: CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D<br>File Hash: B8BAD4F22E19F55BFE7855CD52BBBD523C8B7E100DBC961031BA408CF253D9EA | 03-10-2021 17:26:29 | Blacked | 06-19-2017 | 07-07-2017 | PA0002070823 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5<br>File Hash: F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 03-10-2021 17:26:27 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |
| 19 | Info Hash: 332FB1FD2E8BD6FFF772C08880C3CD975AD8C8D6<br>File Hash: 7B12AC7BB1DFC58538E6A9EB2DB4554513A17FC280BEEC45363C7A6C67F69B1C | 03-10-2021 17:26:19 | Blacked | 07-09-2017 | 08-17-2017 | PA0002077662 |
| 20 | Info Hash: 77537958D009D974B9970112342BCA232614C16F<br>File Hash: 7958C06428989993EA479C3C4034098143E30A268F7B350080BCA34C7DCF369C | 03-10-2021 17:26:18 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 21 | Info Hash: F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD<br>File Hash: 8D4F97C4D42441372872A9B38EED6DD63FA53A39C2FEC53A1469AA10F9874617 | 03-10-2021 14:20:45 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 22 | Info Hash: 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A<br>File Hash: E9BAF53AA2CE6A4147113363DF29F68BBDE97CAA3DF50BA506884492956E4644 | 03-10-2021 14:02:14 | Blacked | 07-24-2017 | 08-11-2017 | PA0002046874 |
| 23 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 03-10-2021 14:00:43 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 24 | Info Hash: CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E<br>File Hash: 1181540CAB4FF34D854A6BA2F0E26630D94A1F5AF1833D10805EC32865994DE8 | 03-10-2021 13:55:15 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 25 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 03-10-2021 13:38:27 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 26 | Info Hash: 28F94F30A942C1A433243BEF5077E036528DDAF8<br>File Hash: 9DB60297590CCEF74FAC47DFC5C24C06D8EB699EF55819D09377E8E8BAB7D3EA | 03-10-2021 13:32:47 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77<br>File Hash: DF01FAC71E200AADC39775BB000F3DF98A43F715767F321ED62A96342238B9BE | 03-10-2021 13:29:05 | Blacked | 05-20-2018 | 07-14-2018 | PA0002128469 |
| 28 | Info Hash: C10F1DD79696BB0C387AA22E4F36C8E105F77445<br>File Hash: 46461D7C5D41223438B18575B0658755E3B31C1289B232747285799B6D08B50D | 03-09-2021 21:33:54 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 29 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-02-2021 20:46:08 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |